◈GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**TIANT QUIMBY** | Crim. No.  3:14-CR-00001-001 (CAR) |

On February 11, 2016, the above-name defendant was sentenced to 135 months imprisonment and 5 years of supervised release for the offense of Conspiracy to Possess With Intent to Distribute Controlled Substances. On April 1, 2022, the defendant commenced his term of supervised release in the Middle District of Georgia. On May 16, 2024, the defendant submitted an Ex Parte motion requesting early termination of his term of supervised release.

Throughout his term of supervised release, the defendant has remained in compliance with all Court-ordered conditions. He maintains a stable residence, is gainfully employed, and maintains sobriety. The defendant has met the criteria for early termination as outlined in the Monograph 109 as approved by the Administrative Office of the Courts of the United States Courts and is no longer in need of supervision. The United States Attorney's Office has been consulted and has no objections.

**IT IS HEREBY ORDERED** that the defendant's term of supervised release be terminated for good and sufficient cause shown to the Court.

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __25__ day of __February__, 2025.

C. ASHLEY ROYAL
SENIOR U.S. DISTRICT JUDGE